UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUY N. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-cv-0758 |
| | ) | (RMU) |
| ALBERTO R. GONZALES, | ) | |
| As Attorney General of the United States, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PRAECIPE**
**(PLAINTIFF'S ATTORNEY CHANGE OF ADDRESS)**

The Clerk of Court will please note the following change of address and point-of-contact information for the Plaintiff's counsel in this proceeding, effective May 1, 2007:

    Attorney for Plaintiff (no change):  Michael W. Beasley, Esq.
    New Address:  200 Park Avenue, Suite 106
                    Falls Church, Virginia  22046
    New Phone:  (703) 533-5875
    New Fax:  (703) 533-5876
    New E-Mail:  beasleys2@verizon.net

                                                  Respectfully submitted,

                                                      /s/  Michael W. Beasley
                                                  Michael W. Beasley, Esq.
                                                  D. C. Bar No. 248930
                                                  200 Park Avenue, Suite 106
                                                  Falls Church, Virginia  22046
                                                  Phone:  (703) 533-5875
                                                  Fax:  (703) 533-5876
                                                  E-Mail:  beasleys2@verizon.net

                                                  Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing Praecipe (Plaintiff's Attorney Change of Address) has been served through the Court's ECF filing system and also has been mailed, by first-class mail, postage prepaid, to the following named counsel for Defendant, this 1st day of May, 2007:

Office of the United States Attorney
 for the District of Columbia
555 4th Street, NW
Washington, D. C.  20530

    /s/  Michael W. Beasley
Michael W. Beasley, Esq.
D. C. Bar No. 248930
Attorney for Plaintiff