CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY N. THOMAS | ) |
| Plaintiff | ) Civil Case Number 07-0758 (PLF) |
| v. | ) |
| | ) Category   H |
| ALBERTO R. GONZALES, United States Attorney General | ) |
| Defendant | ) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 3, 2007</u> from <u>Judge Ricardo M. Urbina</u>

to <u>Judge Paul L. Friedman</u> by direction of the Calendar Committee.

(Reassigned as related to 04-1061)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Urbina</u> & Courtroom Deputy
      <u>Judge Friedman</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓