UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUY N. THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-0758 (PLF) |
| ALBERTO GONZALES, *United States Attorney General*, | ) ) ) ) |
| Defendant. | ) ) |

ORDER OF REFERRAL

A different matter involving the same parties came before the Court for a status conference on July 3, 2007. At that time, the parties indicated that both cases would benefit from global settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Kay for settlement discussions, beginning immediately; discussions shall conclude on or before September 10, 2007. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference. The status conference currently scheduled for September 11, 2007 at 10:00 a.m. will now take place at 9:15 a.m. on that same day, before the undersigned.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 6, 2007