UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY N. THOMAS,<br><br>      Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br>  As Attorney General of the United States,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-cv-0758<br>)       (PLF)  (AK)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR EXTENSION OF TIME
TO MEET AND CONFER AND FILE JOINT REPORT**

The parties to this litigation hereby jointly move for an extension of time to meet and confer in accordance with Federal Rules of Civil Procedure Rule 26(f) and Local Rule 16.3, and to file their Joint Local Rule 16.3 Report. The parties respectfully request that the meet and confer requirements and the Rule 16.3 joint report be deferred until after the September 11, 2007, Initial Status Hearing. In support hereof, the following information is respectfully submitted:

    1. This matter initially was on the docket of District Judge Urbina, who established an Initial Status Hearing date of September 11, 2007. In his Notice of June 29, 2007, Judge Urbina directed the parties to meet and confer, and to file their Joint Local Rule 16.3 Report "seven (7) days prior" to the scheduled hearing date (which would require such filing on or before September 4, 2007). To meet that requirement, the parties would have to commence necessary meet and confer discussions no later than approximately August 21, 2007.

2. Subsequently (on July 3, 2007), the case was reassigned by the Court to District Judge Friedman. Pursuant to consultation with the parties, Judge Friedman referred the case to Magistrate Judge Kay for settlement discussions on July 6, 2007. Judge Friedman also has set a Status Conference regarding this case for September 11, 2007, immediately following a Status Conference in related Civil Action No. 04-cv-1061 (PLF). The cited settlement discussions affect both ongoing cases.

3. On July 19, 2007, Magistrate Judge Kay issued a Scheduling Order setting a Settlement Conference for August 29, 2007. The Settlement Conference affects both this proceeding and the related proceeding (CA No. 04-cv-1061).

4. The undersigned Plaintiff's counsel has a long-standing foreign trip planned for the period August 11-26, 2007. While it was his intent to initiate meet and confer requirements in this docket prior to his departure, such time is now being spent in preparing for the Settlement Conference before Magistrate Judge Kay scheduled for August 29, 2007. Defense counsel also believes that it would be appropriate to defer the meet and confer and Rule 16.3 report requirements until after the Settlement Conference and the September 11, 2007 initial status conference.

5. For all of these reasons, the parties respectfully request that their obligations to meet and confer and file a Joint Report pursuant to Local Rule 16.3 and Federal Rule of Civil Procedure 26(f) be deferred until a date established at or following the initial status conference scheduled for September 11, 2007.

A proposed Order is provided herewith.

                                        Respectfully submitted,

| | |
|---|---|
| /s/ Michael W. Beasley | /s/ Jeff Taylor by MJ |
| MICHAEL W. BEASLEY, ESQ. | JEFFREY A. TAYLOR |
| D. C. Bar No. 248930 | D.C. Bar No. 498610 |
| 200 Park Avenue, Suite 106 | United States Attorney |
| Falls Church, Virginia  22046 | |
| Phone:  (703) 533-5875 | |
| Fax:  (703) 533-5876 | /s/ Rudolph Contreras by MJ |
| E-Mail:  beasleys2@verizon.net | RUDOLPH CONTRERAS |
| | D.C. Bar No. 434122 |
| Attorney for Plaintiff | Assistant United States Attorney |
| | |
| | /s/ Robin M. Meriweather |
| | ROBIN M. MERIWEATHER |
| | D.C. Bar No. 490114 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N. W. |
| | Washington, D.C.  20530 |
| | Phone:  (202) 514-7198 |
| | Fax:  (202) 514-8780 |
| | Robin.Meriweather2@usdoj.gov |
| | |
| | Attorneys for Defendant |

August 6, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUY N. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-cv-0758 |
| ) | (PLF)  (AK) |
| ALBERTO R. GONZALES, ) | |
| As Attorney General of the United States, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court upon the joint motion of the parties for an extension of time to complete case meet and confer requirements, and to file their Joint Local Rule 16.3 Report. Based upon the facts and circumstances cited in the joint motion and the full record of this proceeding, the motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Court shall establish a schedule for the completion of meet and confer requirements and the filing of a Joint Report of the parties at a date to be determined, following the ongoing settlement discussions in this matter.

_____
PAUL L. FRIEDMAN
United States District Judge

Date: _____

Serve:

| Michael W. Beasley, Esq. | Robin M. Meriweather |
| 200 Park Avenue, Suite 106 | Assistant United States Attorney |
| Falls Church, Virginia  22046 | 555 Fourth Street, N.W.— Civil Division |
|  | Washington, D.C.  20530 |