UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY N. THOMAS,<br><br>      Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br>  As Attorney General of the United States,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-cv-0758<br>)       (PLF)  (AK)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The parties to this litigation hereby jointly file this Status Report in compliance with the Court's Minute Order of August 14, 2007.

Pursuant to the Amended Scheduling Order filed in this case on August 22, 2007, a settlement conference with the parties and Magistrate Judge Kay is now scheduled for September 28, 2007. It is anticipated by the parties that one or more additional sessions with Magistrate Judge Kay may be required.

In order to permit a reasonable amount of time for settlement discussions between the parties, with the assistance of Magistrate Judge Kay, the parties jointly recommend that the Meet and Confer Status Conference for the proceeding be delayed until approximately early December 2007. Should settlement not be achieved, this additional period of time also will enable the parties to timely comply with their obligations to meet and confer, and to file a Joint Report pursuant to Local Rule 16.3 and Federal Rule of Civil Procedure 26(f).

A proposed Order is provided herewith.

Respectfully submitted,

| | |
|---|---|
|   /s/ Michael W. Beasley |   /s/ Jeff Taylor by MJ |
| MICHAEL W. BEASLEY, ESQ. | JEFFREY A. TAYLOR |
| D. C. Bar No. 248930 | D.C. Bar No. 498610 |
| 200 Park Avenue, Suite 106 | United States Attorney |
| Falls Church, Virginia 22046 | |
| Phone: (703) 533-5875 | |
| Fax: (703) 533-5876 |   /s/ Rudolph Contreras by MJ |
| E-Mail: beasleys2@verizon.net | RUDOLPH CONTRERAS |
| | D.C. Bar No. 434122 |
| Attorney for Plaintiff | Assistant United States Attorney |
| | |
| |   /s/ Robin M. Meriweather |
| | ROBIN M. MERIWEATHER |
| | D.C. Bar No. 490114 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N. W. |
| | Washington, D.C. 20530 |
| | Phone: (202) 514-7198 |
| | Fax: (202) 514-8780 |
| | Robin.Meriweather2@usdoj.gov |
| | |
| | Attorneys for Defendant |

September 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY N. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, )<br>  As Attorney General of the United States, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-cv-0758<br>(PLF) (AK) |

## ORDER

This matter comes before the Court upon the joint status report submitted by the parties addressing the matter of establishing a date for a meet and confer status conference in this case. Based upon the information provided in the joint status report, and the full record of this proceeding,

IT IS HEREBY ORDERED that the meet and confer status conference will be held by the Court on _____, 2007, at _____ o'clock. The parties will timely comply with the meet and confer requirements of Local Rule 16.3 and Fed. R. Civ. P. Rule 26(f) and will file their required Joint Report prior to the convening of the meet and confer status conference.

 

PAUL L. FRIEDMAN
United States District Judge

Date: _____

Serve:

Michael W. Beasley, Esq.  
200 Park Avenue, Suite 106  
Falls Church, Virginia  22046

Robin M. Meriweather  
Assistant United States Attorney  
555 Fourth Street, N.W.— Civil Division  
Washington, D.C.  20530