UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY N. THOMAS,<br><br>          Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br>  As Attorney General of the United States,<br><br>          Defendant. | Civil Action No. 07-cv-0758<br>(PLF) (AK) |

## JOINT STATUS REPORT

The parties to this litigation hereby jointly file this Status Report in compliance with the Court's Minute Order of September 10, 2007.

A settlement conference with the parties and Magistrate Judge Kay was conducted on September 28, 2007. Following the settlement conference, the parties have engaged in additional settlement discussions. The parties believe that a continuation of such discussions is in the best interests of the parties and may result in a final settlement of all issues.

2

Per the direction of the Court, a further joint report will be rendered on or before November 15, 2007.

|  | Respectfully submitted, |
|---|---|
| /s/ Michael W. Beasley<br>MICHAEL W. BEASLEY, ESQ.<br>D. C. Bar No. 248930<br>200 Park Avenue, Suite 106<br>Falls Church, Virginia  22046<br>Phone:  (703) 533-5875<br>Fax:  (703) 533-5876<br>E-Mail:  beasleys2@verizon.net<br><br>Attorney for Plaintiff | /s/ Jeffrey Taylor .<br>JEFFREY A. TAYLOR<br>D.C. Bar No. 498610<br>United States Attorney<br><br>/s/ Rudolph Contreras<br>RUDOLPH CONTRERAS<br>D.C. Bar No. 434122<br>Assistant United States Attorney<br><br>/s/ Robin M. Meriweather<br>ROBIN M. MERIWEATHER<br>D.C. Bar No. 490114<br>Assistant United States Attorney<br>555 Fourth Street, N. W.<br>Washington, D.C.  20530<br>Phone:  (202) 514-7198<br>Fax:  (202) 514-8780<br>Robin.Meriweather2@usdoj.gov<br><br>Attorneys for Defendant |

October 15, 2007