UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY N. THOMAS,<br><br>   Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br> As Attorney General of the United States,<br><br>   Defendant. | Civil Action No. 07-cv-0758<br>  (PLF)  (AK) |

## JOINT STATUS REPORT

The parties to this litigation hereby jointly file this Joint Status Report in compliance with the Court's Minute Order of September 10, 2007.

Following the settlement conference with Magistrate Judge Kay conducted on September 28, 2007, the parties have continued to engage in additional settlement discussions. The parties remain, however, far apart in settlement positions. The parties believe that further settlement discussions at this stage of the proceeding will not be helpful, and are not likely to result in substantial progress or settlement.

The parties acknowledge that the Court may establish a date for the requisite Meet and Confer Status Conference in this case at any time forthwith. The parties would respectfully request at least thirty (30) days notice for completing all meet and confer requirements prior to the conduct of such Meet and Confer Status Conference.

Per the direction of the Court, a further joint report will be rendered on or before December 15, 2007, in advance of the Status Conference currently scheduled for

2

December 18, 2007. It is not anticipated, however, that the position of the parties will change prior to December 15, 2007.

Respectfully submitted,

|  |  |
|---|---|
| /s/ Michael W. Beasley | /s/ Jeff Taylor |
| MICHAEL W. BEASLEY, ESQ. | JEFFREY A. TAYLOR |
| D. C. Bar No. 248930 | D.C. Bar No. 498610 |
| 200 Park Avenue, Suite 106 | United States Attorney |
| Falls Church, Virginia 22046 | |
| Phone: (703) 533-5875 | |
| Fax: (703) 533-5876 | /s/ Rudolph Contreras |
| E-Mail: beasleys2@verizon.net | RUDOLPH CONTRERAS |
| | D.C. Bar No. 434122 |
| Attorney for Plaintiff | Assistant United States Attorney |
| | |
| | /s/ Robin M. Meriweather |
| | ROBIN M. MERIWEATHER |
| | D.C. Bar No. 490114 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N. W. |
| | Washington, D.C. 20530 |
| | Phone: (202) 514-7198 |
| | Fax: (202) 514-8780 |
| | Robin.Meriweather2@usdoj.gov |
| | |
| | Attorneys for Defendant |

November 14, 2007