UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY N. THOMAS,<br><br>       Plaintiff,<br><br>     v.<br><br>MICHAEL B. MUKASEY,<br>United States Attorney General,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Case No. 07-0758 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and remove the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendant in the above-captioned case.

Dated: November 29, 2007
       Washington, D.C.

                                           Respectfully submitted,

                                           /s/
                                        BRIAN P. HUDAK
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, NW
                                        Washington, DC 20530
                                        (202) 514-7143
                                        brian.hudak@usdoj.gov