UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUY N. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 07-0758 (PLF) |
| | ) | |
| MICHAEL B. MUKASEY, | ) | |
| United States Attorney General,[1] | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION FOR AN EXTENSION OF DISCOVERY

Pursuant to Fed. R. Civ. P. 6(b)(1), by and through their attorneys, the parties respectfully move the Court for an enlargement of time to complete discovery in the above entitled action. Specifically, the parties respectfully request that the Court extend the deadline for completing discovery from June 30, 2008, to August 1, 2008, and extend other associated deadlines as proposed below. The grounds for such relief are as follows.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of race discrimination and retaliation under Title VII. After Defendant answered the complaint and the parties submitted a Joint Local Rule 16.3 Report, the Court entered a Scheduling Order on December 21, 2007, setting forth the initial schedule for discovery in the action. Among other things, the Scheduling Order called for discovery to conclude on June 30, 2008. The Scheduling Order also set forth a briefing schedule for any post-discovery dispositive motions.

While the parties have begun discovery in the action, by exchanging written discovery

---

[1]        Pursuant to Federal Rule of Civil Procedure 25(d)(1), Michael B. Mukasey, the current United States Attorney General, is automatically substituted for Alberto R. Gonzales, the former United States Attorney General.

and beginning the process of scheduling depositions, the parties believe they will require additional time to fully develop the alleged factual predicate for Plaintiff's claims and Defendant's defenses. Moreover, the parties have been engaged in serious settlement discussions, which could obviate the need for further litigation in this action and in *Thomas v. Mukasey ("Thomas I")*, Civ. A. No. 04-1061 (PLF) (D.D.C.), which is currently scheduled for trial at the end of October. Accordingly, deferring the end of discovery and other associated dates by a reasonable amount of time will allow counsel sufficient time to explore a comprehensive approach to resolving this matter and further develop the factual record, if necessary.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the first request for an extension of this deadline and, in total, the second joint request for an extension by parties in this action. An extension of the discovery period will impact the schedule for post-discovery dispositive motions, and thus, the parties have set forth below proposed dates for such motions.

WHEREFORE, based on the foregoing, the parties' respectfully request that the Court enlarge the deadlines set by the Scheduling Order of December 21, 2007, as follows:

- All Discovery due by August 1, 2008;

- Dispositive Motions due on or before September 19, 2008;

- Oppositions to any dispositive motions due on or before November 14, 2008;[2] and

---

[2]     Plaintiff requests this approximately two month period to oppose any dispositive motions due to the trial date in *Thomas I* set for October 31, 2008.

- Replies to Dispositive Motions due on or before December 19, 2008.[3]

A proposed order is attached.


Respectfully submitted,


      /s/

MICHAEL W. BEASLEY, ESQ.
D. C. Bar No. 248930
200 Park Avenue, Suite 106
Falls Church, Virginia 22046
Phone: (703) 533-5875
Fax: (703) 533-5876

*Attorney for Plaintiff*

JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney


      /s/

BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*


June 4, 2008

---

[3]  Defendant requests this approximately one month period to reply due to defense counsel's involvement in *Howard v. Gutierrez*, Civ. A. No. 04-0756 (PLF), which is currently set for trial on November 20, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

GUY N. THOMAS,                                )
                                              )
                                              )
              Plaintiff,                       )
                                              )
       v.                                     )          Civil Case No. 07-0758 (PLF)
                                              )
MICHAEL B. MUKASEY,                           )
United States Attorney General,                )
                                              )
              Defendant.                       )
_____       )

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for an Extension of Discovery and for

good cause shown, it is hereby:

ORDERED that the joint motion is GRANTED, and it is further

ORDERED that Scheduling Order, dated December 21, 2007, shall be revised as follows:

- All Discovery shall be completed by August 1, 2008;

- Dispositive Motions shall be due on or before September 19, 2008;

- Oppositions to such motions shall be due on or before November 14, 2008; and

- Replies to such opposition shall be due on or before December 19, 2008.


SIGNED:


_____                    _____
Date                                PAUL L. FRIEDMAN
                                    United States District Judge