UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GUY N. THOMAS,          )
                        )
        Plaintiff       )
                        )
v.                      )
                        )Civil Action Nos. 04-1061(PLF) and
MICHAEL B. MUKASEY,     ) 07-0758(PLF)
United States Attorney General,  )
                        )
        Defendant.      )
_____)

STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

It is hereby stipulated and agreed between Guy N. Thomas, plaintiff, and United States

Attorney General Michael B. Mukasey, defendant, by and through their respective attorneys, as

follows:

1.    This Stipulation of Settlement is entered into by and between Guy N. Thomas

      ("Plaintiff") and United States Attorney General Michael B. Mukasey (hereinafter

      "Defendant") to make full and final settlement of any and all matters raised, or which

      could have been raised, by Plaintiff in the above-captioned civil actions, as well as in

      Plaintiff's pending administrative claims.[1]  The term "agency" as used herein refers to the

      Bureau of Alcohol, Tobacco and Firearms ("ATF") and the Department of Justice of

---

[1]The administrative claims or cases include:

        Case Number ATF-2005-00106
        Case Number ATF-2007-00037
        Case Number ATF-2007-00403
        ATF-2007-00636
        Case Number E-05-0029
        Case Number E-05-0044
        EEOC No. 270-A3-9184X/Agency No. 02-2221

which the ATF is a component. Plaintiff agrees to accept the terms set forth herein in full

settlement and satisfaction of any and all claims, demands, rights, and causes of action of

whatever kind and nature based upon his employment with the ATF up to the date

Plaintiff signs this Stipulation of Settlement, including but not limited to the claims

asserted in the above-styled actions and the administrative matters (see caption and

footnote 1). In particular, and without limitation, this settlement shall include all possible

claims for damages, backpay, front pay, and other equitable relief by Plaintiff against

Defendant, and claims for attorney's fees and costs incurred by Plaintiff in connection

with the administrative Equal Employment Opportunity process, the agency

administrative process, the District Court litigation process and any other proceedings

involving the claims raised, or which could have been raised, in the above-captioned

actions and above-listed administrative matters.

2.     In order to resolve the matters in dispute without further administrative processes,

litigation, expense, and delay, Plaintiff and Defendant agree as follows:

a.     By signing this Stipulation of Settlement, Plaintiff withdraws, with prejudice, the

above-captioned complaints of discrimination and any and all pending

administrative claims including those listed above (see caption and footnote 1).

This Stipulation of Settlement constitutes the full, final, and complete relief that

Plaintiff may have for the conduct alleged in these federal civil suits and

administrative proceedings. In addition, Plaintiff agrees not to institute any other

actions, charges, complaints, appeals, or other proceedings against the Defendant or

Thomas v. Mukasey, Civil Action Nos. 04-1061(PLF) and 07-0758(PLF)
Stipulation of Settlement and Order of Dismissal
Page 2 of 7

any present or former employees of the Department of Justice, with respect to any matter which arose or could have arisen and been brought in connection with the allegations covered by this Agreement, under Federal law, Federal or State statutes, common law, or the Constitution of the United States or of a State, in either a Federal or State Court or administrative forum;

b.    By signing this Stipulation of Settlement, Plaintiff withdraws, with prejudice, all actions, charges, complaints, and appeals against the Defendant before this Court, the Equal Employment Opportunity Commission, the agency, or any other forum;

c.    By signing this Stipulation of Settlement, Plaintiff unconditionally releases the Defendant and the present and former employees, officers, agents, representatives, and all persons acting by, through, or in concert with any of those individuals, either in their official or individual capacities, for any and all liability which has arisen from the occurrences which are the subject matter of Plaintiff's complaints in the above-captioned matters and any pending administrative claims, or that could have been raised in the complaints, or any other pending, existing, or putative cause of action against the Defendant of any sort whatsoever;

d.    By signing this Stipulation of Settlement, Plaintiff agrees to execute any and all other documents necessary to implement and effectuate the provisions of this Stipulation of Settlement;

e.    Plaintiff acknowledges that by virtue of this Stipulation of Settlement, Plaintiff is waiving rights and claims under various federal laws, including, but not limited to,

Thomas v. Mukasey, Civil Action Nos. 04-1061(PLF) and 07-0758(PLF)
Stipulation of Settlement and Order of Dismissal
Page 3 of 7

Title VII of the Civil Rights Act, as amended, 42 U.S.C. § 2000e <u>et seq.</u> and the Rehabilitation Act, 42 U.S.C. § 701 with respect to his underlying complaint;

f.    Plaintiff does not waive any rights or claims that may arise after the date on which this Stipulation of Settlement is signed;

g.    In consideration for the promises made herein, Defendant agrees to pay the total sum of $105,000, inclusive of attorney's fees and costs, to be distributed as follows: $45,000 to Plaintiff in full satisfaction of all claims; and $60,000 to Plaintiff's counsel in full satisfaction of any and all claims for attorneys' fees, costs or other expenses incurred in the above-captioned actions and any and all pending administrative matters including those listed above. Defendant will additionally remove the Letter of Reprimand administered to Plaintiff in 2005 from Plaintiff's personnel records, and modify Plaintiff's September 2006 performance to "Exceeds Expectations ('7')."

3.    This Stipulation of Settlement shall not constitute or be construed as an admission of liability or fault on the part of the Defendant or the officers or employees identified in this lawsuit and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expense and risk of further litigation.

4.    This Stipulation of Settlement may be used as evidence in a subsequent proceeding in which either of the parties allege a material breach of this Agreement.

<u>Thomas v. Mukasey</u>, Civil Action Nos. 04-1061(PLF) and 07-0758(PLF)
Stipulation of Settlement and Order of Dismissal
Page 4 of 7

5.   Plaintiff acknowledges that his attorney has reviewed and explained the provisions of this
     Stipulation of Settlement to him and that Defendant has provided sufficient time for this
     purpose.

6.   Plaintiff acknowledges that he has entered into this Stipulation of Settlement voluntarily
     and that Defendant (including any employee of the agency) has not imposed any undue
     hardship, duress, or coercion in connection with execution of this document.

7.   This Stipulation of Settlement entered into by Defendant and Plaintiff together sets forth
     the entire agreement between the parties. This document cannot be altered, modified,
     withdrawn, rescinded, or supplemented in any manner after the date on which it is approved
     by the Court, unless mutually agreed in writing by the parties. Plaintiff and Defendant
     agrees that neither party is bound by any representation, promise or inducement not set
     forth in this Agreement. This Agreement is a joint product and shall not be construed
     against either party on the grounds of sole authorship.

8.   This Stipulation of Settlement shall be binding upon Plaintiff, as well as Plaintiff's heirs,
     assigns, representatives, proxies, guardians, or any other person or entity acting on behalf
     of, or at the behest of, Plaintiff.

9.   Plaintiff expressly agrees not to use this Stipulation of Settlement, nor to permit any other
     person to use it, in any judicial or administrative proceeding as evidence of, or to attempt to
     prove the existence of, discrimination/reprisal or other adverse action or prohibited
     personnel practice, or in any other manner, except as provided by paragraph 4.

Thomas v. Mukasey, Civil Action Nos. 04-1061(PLF) and 07-0758(PLF)
Stipulation of Settlement and Order of Dismissal
Page 5 of 7

10.    Each of the respective rights and obligations of the parties hereunder shall be deemed independent and may be enforced independently irrespective of any other rights and obligations set forth herein.

11.    In case any provision of this Agreement should be held to be contrary to, or invalid under, the law of any country, state or other jurisdiction, such illegality or invalidity shall not affect in any way other provisions thereof, all of which shall continue, nevertheless, in full force and effect; any provision which is held to be illegal or invalid in any country, state or other jurisdiction shall, nevertheless, remain in full force and effect in a country, state or jurisdiction in which such provision is legal and valid.

12.    Execution of this stipulation shall constitute a dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, except that the District Court shall retain jurisdiction to resolve any claim of noncompliance with the terms hereof.

In witness whereof, Plaintiff hereby executes this Stipulation of Settlement, acknowledging that its terms and conditions have been fully understood, that an adequate period of time has been afforded to allow for consideration of said terms and conditions, and that an opportunity has been afforded to consult with counsel.

Respectfully submitted,


MICHAEL W. BEASLEY
D.C. Bar #248930
200 Park Avenue, Suite 106
Washington, D.C.  22046

Attorney for Plaintiff

JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


Thomas v. Mukasey, Civil Action Nos. 04-1061(PLF) and 07-0758(PLF)
Stipulation of Settlement and Order of Dismissal
Page 6 of 7

_____    _____
Guy N. Thomas                              RUDOLPH CONTRERAS
Plaintiff                                   D.C. Bar #434122
                                        Assistant United States Attorney

                                   _____
                                   BEVERLY M. RUSSELL
                                   D.C. Bar #454257
                                   Assistant United States Attorney
                                   555 Fourth Street, N.W.
                                   Washington, D.C. 20001
                                   Tele: (202) 307-0492

                                   Attorneys for Defendant

SO ORDERED:

                                 _____
                                   UNITED STATES DISTRICT JUDGE

DATED:

Thomas v. Mukasey, Civil Action Nos. 04-1061(PLF) and 07-0758(PLF)
Stipulation of Settlement and Order of Dismissal
Page 7 of 7